IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| AMANDA DRAKES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. _____ |
| | ) | JURY DEMAND |
| WAL-MART, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

Defendant Wal-Mart Stores East, L.P.[1] (incorrectly sued as Wal-Mart, Inc.) hereby gives Notice of the removal pursuant to 28 U.S.C. § 1441 et. seq., of the following action filed against it: Amanda Drakes v. Wal-Mart, Inc.; In the Circuit Court of Roane County, State of Tennessee; No. 2022-CV-89. Copies of the summons and complaint are attached as Exhibits A and B, respectively. Plaintiff is a citizen and resident of Tennessee. Defendant Wal-Mart Stores East, L.P. is a Delaware limited partnership with its principal place of business in Bentonville, Arkansas. The general partner is WSE Management, LLC, a Delaware limited liability company. The limited partner is WSE Investment, LLC, a Delaware limited liability company. The sole member of WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores, East, LLC fka Wal-Mart Stores East, Inc.,[2] an Arkansas limited liability company. The sole member of Wal-Mart Stores, East, LLC is Walmart Inc. fka Wal-Mart Stores, Inc., a Delaware corporation. The principle place of business for all entities mentioned is 702 S.W. 8th Street, Bentonville, Arkansas 72716.

---

[1] Wal-Mart Stores East, L.P. owns and operates the subject Wal-Mart in Rockwood, Tennessee. Therefore, Wal-Mart Stores East, L.P. should be substituted in the place of Wal-Mart, Inc. as the proper named defendant.

[2] Wal-Mart Stores East, Inc. was converted to an Arkansas limited liability company on January 25, 2011.

Jurisdiction is conferred under 28 U.S.C. § 1332 relating to diversity of citizenship of the parties. The parties are citizens of different states. Plaintiff seeks $500,000 in damages, which is in excess of the federal jurisdictional requisite.

Plaintiff's complaint was filed on July 22, 2022. Wal-Mart was served on August 11, 2022. It has been less than thirty (30) days since Wal-Mart was served the summons and complaint. This Notice of Removal is timely filed as set forth in 28 U.S.C. § 1446(b).

**WHEREFORE**, Wal-Mart hereby gives Notice of the removal of this action pending in the Circuit Court for Roane County, Tennessee, to the United States District Court for the Eastern District of Tennessee, Knoxville Division, and requests that the proceedings be held thereon.

s/ Greg Callaway
Greg Callaway, No. 18575
Howell & Fisher, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203
Direct: (615) 921-5226
Office: (615) 244-3370
Fax:    (615) 244-3518
Email: gcallaway@howell-fisher.com
Attorney for Defendant

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served via U.S. Mail upon Ethan Evans, Wettermark & Keith, LLC, 1232 Premier Drive, Suite 325, Chattanooga, TN 37421; on this 2nd day of September, 2022.

s/ Greg Callaway

W:\GWC\Drakes.Amanda\Notice of Removal.wpd

-Page 2-

Case 3:22-cv-00307-DCLC-JEM   Document 1   Filed 09/02/22   Page 2 of 2   PageID #: 22