# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| **AMANDA DRAKES,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:22-cv-00307 |
| ) | **JURY DEMAND** |
| **WAL-MART STORES EAST, L.P.,** ) | Judge Corker |
| ) | |
| Defendant. ) | |

## ORDER FOR SUBSTITUTION OF PARTY DEFENDANT

The parties have filed a Joint Motion [Doc. 13] for the substitution of Wal-Mart Stores East, L.P. in the place of Wal-Mart, Inc., as the proper named defendant. Based on the Court's review of the Joint Motion and consideration of this matter as a whole, the Court **GRANTS** the Joint Motion [**Doc. 13**]. Accordingly, the Court finds that Wal-Mart Stores East, L.P. should be substituted in the place of Wal-Mart, Inc., as the proper named defendant in this case.

It is therefore **ORDERED, ADJUDGED, AND DECREED** that Wal-Mart Stores East, L.P. is hereby substituted as the proper named defendant in this case. The new style of the case is reflected in this Order. The Court **DIRECTS** the Clerk to modify the docket and style of this case to reflect the properly named defendant as Wal-Mart Stores East, L.P.

**IT IS SO ORDERED.**

ENTER:

_____
Jill E. McCook
United States Magistrate Judge

**APPROVED FOR ENTRY:**

s/ Greg Callaway  
Greg Callaway, No. 18575  
HOWELL & FISHER, PLLC  
3310 West End Avenue, Suite 550  
Nashville, TN  37203  
Direct: (615) 921-5226  
Office: (615) 244-3370  
Fax:     (615) 244-3518  
Email: gcallaway@howell-fisher.com  
Attorney for Defendant

s/ Ethan Evans by Greg Callaway with express permission granted 10-19-2022  
Ethan Evans, No. 036001  
Wettermark & Keith, LLC  
1232 Premier Drive, Suite 325  
Chattanooga, TN 37421  
TEL: 205-212-3045  
EMAIL: eevans@wkfirm.com  
Attorney for Plaintiff