UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| AMANDA DRAKES | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 3:22-cv-00307 ) JUDGE CORKER |
| WAL-MART STORES EAST, LP, | ) ) *Jury Trial Demanded* |
| Defendant. | ) |

## DISCLOSURE STATEMENT

I, the undersigned, counsel of record for Plaintiff, certify to the best of my knowledge and belief that my client has no corporate interests to be identified under Fed. R. Civ. P. 7.1(a)(1). I further state, pursuant to Fed. R. Civ. P. 7.1(a)(2), that Plaintiff Amanda Drakes is a citizen of the State of Tennessee.

RESPECTFULLY SUBMITTED this 4th day of August, 2023.

*/s/ Cameron C. Kuhlman*
CAMERON C. KUHLMAN
Georgia Bar Number: 596159
*Attorney for Plaintiff*

**WETTERMARK & KEITH, LLC**
1232 Premier Drive, Suite 325
Chattanooga, TN 37421
Phone: (423) 933-1080
Fax: (205) 460-2596
ckuhlman@wkfirm.com